UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN CROCE,<br><br>                    Plaintiff,<br><br>v.<br><br>AMERICA HEARS, INC., HENRY C. SMITH, and ROBERT HOWARD,<br><br>                    Defendants. | Civil Action No. 07 CIV 8747<br><br>ECF CASE |

VERIFICATION OF SERVICE
OF SUMMONS AND COMPLAINT

I, ALEXANDER NEMIROFF, Esquire, attorney for Plaintiff, John Croce, hereby verify that:

1.   Sandra C. McCallion, Esquire, of Cohen & Gresser LLP, 100 Park Avenue, New York, NY 10017, attorneys for the Defendants, America Hears, Inc., Henry C. Smith, and Robert Howard, has agreed to accept service of the Summons and Complaint on behalf of all of the Defendants in this matter.

2.   On October 22, 2007, I served copies of the Summonses and Complaint, together with copies of the documents required under the 3rd Amended Instructions for Filing an Electronic Case or Appeal, upon Defendants' attorney, Sandra C. McCallion, Esquire, via Federal Express. A copy of the letter addressed to Sandra C. McCallion, Esquire forwarding these documents is attached hereto as Exhibit A.

I hereby verify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by are willfully false, I am subject to punishment.

>ARCHER & GREINER
>A Professional Corporation
>
>BY: _____
>Alexander Nemiroff (CV 7906)
>One Centennial Square
>Haddonfield, NJ  08033
>(856) 795-2121
>Attorneys for Plaintiff

October 22, 2007

2923684v1

**EXHIBIT A**

# ARCHER & GREINER
A PROFESSIONAL CORPORATION

COUNSELLORS AT LAW

ONE CENTENNIAL SQUARE
HADDONFIELD, NJ 08033-0968
856-795-2121
FAX 856-795-0574

www.archerlaw.com

October 22, 2007

*PRINCETON OFFICE*
700 ALEXANDER PARK
SUITE 102
PRINCETON, NJ 08540
609-580-3700
FAX 609-580-0051

*FLEMINGTON OFFICE*
PLAZA ONE
1 STATE ROUTE 12, SUITE 201
FLEMINGTON, NJ 08822-1722
908-788-9700
FAX 908-788-7854

**ALEXANDER NEMIROFF**
*Also Member of Pennsylvania,
Maryland, New York, Washington D.C.
and Virginia Bar*

*PHILADELPHIA OFFICE*
ONE SOUTH BROAD STREET
SUITE 1600
PHILADELPHIA, PA 19107
215-963-3300 / 215-568-4166
FAX 215-963-9999 / 215-568-2843

*WILMINGTON OFFICE*
300 DELAWARE AVENUE
SUITE 1370
WILMINGTON, DE 19801
302-777-4350
FAX 302-777-4352

**Email Address:**
anemiroff@archerlaw.com

**Direct Dial:**
(856) 354-3053

**VIA FEDERAL EXPRESS**

Sandra C. McCallion
Cohen & Gresser LLP
100 Park Avenue
New York, NY 10017

    **RE:**    **John Croce v. America Hears, Inc., Henry C. Smith, and Robert Howard
Docket No. 07 CIV 8747**

Dear Ms. McCallion:

    This will confirm your conversation with my colleague, David A. Rapuano, Esquire, in which you indicated that your firm will accept service of the Summons and Complaint on behalf of the Defendant America Hears, Inc., as well as the two individual defendants, with regard to the above-captioned matter. Therefore, I am enclosing copies of the following:

1. The Complaint which has been filed under Docket No. 07 CIV 8747;

2. Summonses addressed to each of the defendants;

3. The assigned Judge's Individual Rules;

4. USDC/SDNY Instructions for filing an Electronic Case or Appeal;

5. USDC/SDNY Procedures for Electronic Case Filing; and

6. USDC/SDNY Guidelines for Electronic Case Filing.

Sandra C. McCallion
October 22, 2007
Page 2

If you have any questions, please do not hesitate to give me a call.

Very truly yours,

ARCHER & GREINER
A Professional Corporation

By: /s/ Alexander Nemiroff
Alexander Nemiroff

AN/df
Encs.