PRESKA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
JOHN CROCE,

                Plaintiff,

      - against -

AMERICA HEARS, INC., HENRY C. SMITH, and
ROBERT HOWARD,

                Defendants.
---------------------------------------------------------x

07 Civ. 8747 (LAP)

STIPULATION AND ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/07

    It is hereby stipulated and agreed, by and between the undersigned counsel for the parties, that the time for defendants America Hears, Inc., Henry C. Smith and Robert Howard to answer, move against or otherwise respond to the complaint is extended until, and including, December 3, 2007.

Dated: New York, New York
         November 9, 2007

ARCHER & GREINER
A Professional Corporation

By: _____
    Alexander Nemiroff (AN 7906)
    One Centennial Square
    Haddonfield, New Jersey 08033
    Telephone: (856) 795-2121

*Attorneys for Plaintiff John Croce*

COHEN & GRESSER LLP

By: _____
    Sandra C. McCallion (SM 0833)
    100 Park Avenue, 23rd Floor
    New York, New York 10017
    Telephone: (212) 957-7600

*Attorneys for Defendants America Hears, Inc., Henry C. Smith and Robert Howard*

IT IS SO ORDERED:

_Loretta A. Preska_    Dated: November 15, 2007
Hon. Loretta A. Preska