UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                          :
JOHN CROCE,                                     :        ECF case
                                                          :        (electronically filed)
                         Plaintiff,          :
       v.                                        :        07 Civ. 8747 (LAP)
                                                          :
AMERICA HEARS, INC., Henry C. Smith, and    :        **RULE 7.1 STATEMENT**
ROBERT HOWARD,                         :
                                                          :
                         Defendants.         :
                                                           :
------------------------------------------------------------- x

       Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant America Hears, Inc. (a private non-governmental party) certifies that it has no corporate parents, and that there are no publicly held corporations that own 10% or more of its stock.

Dated:  New York, New York
           December 3, 2007

                                                  COHEN & GRESSER LLP

                               By:           /s/
                                           Sandra C. McCallion (SM 0833)
                                           100 Park Avenue, 23rd Floor
                                           New York, New York 10017
                                           (212) 957-7600
                                           smccallion@cohengresser.com

                                           *Attorneys for Defendants America Hears,*
                                           *Inc., Henry C. Smith, and Robert Howard*

{1270-002/00022735.DOCv}