```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-11-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
JOHN CROCE,

               Plaintiff,          07 Civ. 8747 (LAP)

  -v.-                                   ORDER

AMERICA HEARS, INC., HENRY SMITH, &
ROBERT HOWARD,

               Defendants.
------------------------------------x

LORETTA A. PRESKA, U.S.D.J.

     The parties having met February 11, 2008, it is hereby ordered that the parties shall report to the Court on the status of settlement negotiations by joint letter no later than February 29, 2008.


SO ORDERED:

DATED:    New York, New York
           February 11, 2008

                                            _____
                                            LORETTA A. PRESKA, U.S.D.J.