# A&G | ARCHER & GREINER, P.C.
## ATTORNEYS AT LAW

**ALEXANDER NEMIROFF**
*Also Member of Pennsylvania,
Maryland, New York, Washington D.C.
and Virginia Bar*

ONE CENTENNIAL SQUARE
HADDONFIELD, NJ 08033-0968
856-795-2121
FAX 856-795-0574

www.archerlaw.com

Email Address:
anemiroff@archerlaw.com

Direct Dial:
(856) 354-3053

February 29, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/08

VIA TELEFAX

The Honorable Loretta A. Preska
United States Courthouse
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

RE: **John Croce v. America Hears, Inc., Henry C. Smith, and Robert Howard**
**Docket No. 07-cv-8747**

Dear Judge Preska:

In accordance with Your Honor's Order dated February 11, 2008 with regard to the above-captioned matter, please be advised that the parties are in productive discussions regarding settlement and have a reasonable expectation that this matter will be resolved in the very near future.

If you have any questions or require additional information, please do not hesitate to contact me.

Respectfully submitted,

ARCHER & GREINER
A Professional Corporation

By: Alexander Nemiroff

*Counsel shall inform the Court by letter of the status of the action no later than March 25, 2008*

SO ORDERED
Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

March 3, 2008

AN/df
cc: Sandra C. McCallion, Esquire (via telefax)

PRINCETON OFFICE
700 Alexander Park
Suite 102
Princeton, NJ 08540
P 609-580-3700
F 609-580-0051

FLEMINGTON OFFICE
Plaza One
1 State Route 12, Suite 201
Flemington, NJ 08822-1722
P 908-788-9700
F 908-788-7854

PHILADELPHIA OFFICE
One South Broad Street
Suite 1600
Philadelphia, PA 19107
P 215-963-3300
P 215-963-9999

WILMINGTON OFFICE
300 Delaware Avenue
Suite 1370
Wilmington, DE 19801
P 302-777-4350
F 302-777-4352

NEW YORK OFFICE
2 Penn Plaza
Suite 1500
New York, NY 10121
P 212-292-4988
P 212-629-4568