PRESKA/J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN CROCE,

                  Plaintiff,

v.

AMERICA HEARS, INC., HENRY C.
SMITH, and ROBERT HOWARD,

                  Defendants.

Civil Action No. 07 CIV 8747 (LAP)

ECF CASE

## STIPULATION OF DISMISSAL WITH PREJUDICE

The matter in difference in the above-captioned action having been amicably adjusted by and between Plaintiff John Croce and Defendants America Hears, Inc., Henry C. Smith, and Robert Howard, and it is hereby stipulated and agreed, by undersigned counsel, that this action be and is hereby dismissed, with prejudice and without costs against any party.

_____
Attorneys for Plaintiff,
John Croce

Alexander Nemiroff, Esquire
Archer & Greiner, P.C.
One Centennial Square
Haddonfield, New Jersey 08033

_____
Attorneys for Defendants,
America Hears, Inc., Henry C. Smith,
and Robert Howard

Sandra C. McCallion, Esquire
Cohen & Gresser LLP
100 Park Avenue
New York, NY 10017

Dated: _____

SO ORDERED:

_____
Honorable Loretta A. Preska

The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED:

_Loretta A. Preska_
LORETTA A. PRESKA, U.S.D.J.